IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FREDDIE PROFIT,

   Plaintiff,

    v.

AMERICOLD LOGISTICS, LLC.,

   Defendant.

CIVIL ACTION FILE
NO. 1:07-CV-254-TWT

ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending that the action be dismissed for failure to effectuate service. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 7 day of January, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\07\Profit\07cv254\r&r.wpd